No. 88–753.  UNIVERSAL COOPERATIVES, INC. v. FCX, INC. C. A. 4th Cir.  Certiorari denied.

No. 88–768.  FRANCO v. DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. Fed. Cir.  Certiorari denied.

No. 88–778.  WORLD COLOR PRESS, INC. v. DOLE, SECRETARY OF LABOR, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 88–792.  MILLER v. PERSON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–795.  JUDGE ET AL. v. UNITED STATES DEPARTMENT OF AGRICULTURE.  C. A. 11th Cir.  Certiorari denied.

No. 88–803.  ANTHONY v. NEWMAN, ACTING SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. D. C. Cir.  Certiorari denied.

No. 88–807.  CHILDS ET AL. v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 88–830.  QUALITY INN SOUTH ET AL. v. PATEL.  C. A. 11th Cir.  Certiorari denied.

No. 88–839.  ARRUZA v. UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 88–846.  SPARKS v. CHARACTER AND FITNESS COMMITTEE OF KENTUCKY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–848.  AMERICAN MINING CONGRESS ET AL. v. ENVIRONMENTAL DEFENSE FUND ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 88–851.  PIDCOCK v. OREGON.  Sup. Ct. Ore.  Certiorari denied.